No. 98–9566. OSPINA v. PATAKI, GOVERNOR OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 98–9568. MENDOZA-PEREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–9570. NAGY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–9571. MIKE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–9572. L. M. K., A JUVENILE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–9573. MCQUILLION v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 98–9574. MAHIQUE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–9575. MIDDLETON v. RAY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 98–9576. TURNER v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 98–9577. VILLARREAL-FUENTES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–9578. JONES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–9579. MARTINEZ v. KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 98–9581. MACK v. MOHR ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–9582. TERIO v. KURTZMAN & HASPEL, TRUSTEE, ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–9583. WELCH v. LAMBERT, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.